UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLA MARIE CARDINAL,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | CASE NO. 2:19-cv-01083-BAT<br><br>**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

Based on the stipulation of the parties (Dkt. 12), it is **ORDERED** that this case is **REVERSED and REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Social Security Appeals Council will consider whether the administrative record supports issuing a favorable decision. If a favorable decision is not warranted, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) to further develop the record, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

Upon remand, the ALJ will reevaluate the nature and severity of Plaintiff's Sjogren's syndrome and headaches, and reassess step three of the sequential evaluation, considering Listing 14.10A for Sjogren's and 11.02 for headache disorder. In so doing, the ALJ may consult with a medical expert, as needed and available. If a Listing is not met or equaled, the ALJ will conduct further evaluation of Plaintiff's subjective complaints and the medical opinions of record

in order to reassess the residual functional capacity and, with supplemental vocational evidence, evaluate whether there are jobs Plaintiff could still do despite her limitations.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 13th day of December, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge